**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANUP KUMAR, an individual,<br><br>           Plaintiff,<br>   v.<br><br>F.D. THOMAS, INC. a subsidiary of ASRC INDUSTRIAL SERVICES LLC, an Alaskan corporation registered to do business in California; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-01749-KJM-DB<br><br>(Removed from Sacramento Superior Court, Case No. 23CV004592)<br><br>**ORDER REGARDING JOINT STIPULATION TO SUBMIT ENTIRE ACTION TO ARBITRATION AND TO STAY PROCEEDINGS**<br><br>Action Filed:   July 11, 2023<br><br>Trial Date:     None Set |

## <u>ORDER</u>

Pursuant to the Joint Stipulation to Submit Entire Action to Arbitration and to Stay Proceedings filed by the Parties on December 22, 2023, and good cause appearing, the Court orders as follows:

1.      All of Plaintiff's claims in this case shall be submitted to final and binding arbitration through the American Arbitration Association ("AAA"), or any other rules that the Parties may both agree upon, pursuant to the terms of the Arbitration Agreement;

2.      This action shall be stayed pending the completion of binding arbitration;

3.      Any and all pending deadlines before or with this Court are hereby vacated; and

/////

4.     The Court sets an arbitration status conference for April 11, 2024 at 2:30 pm. The Parties are to submit a joint status report fourteen (14) calendar days before the arbitration status conference.

IT IS SO ORDERED.

DATED:  December 26, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Order Regarding Joint Stipulation To Submit Entire Action To Arbitration And To Stay Proceedings